UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CARTER LOGISTICS, LLC

    Plaintiff

V.                                           CASE NO. 1:24-CV-00229-MPB-MG

ADONIS CARRIER, INC., PROGRESSIVE
NORTHERN INSURANCE, PROGRESSIVE
CASUALTY INSURANCE COMPANY and
SOLOMON'S LOGISTICS, INC.

    Defendants

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that all claims in this cause have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is ORDERED by the Court that this cause be and the same hereby is dismissed, with prejudice, as to Defendants Progressive Northern Insurance, Progressive Casualty Insurance Company, and Soloman's Logistics, Inc., with each party to pay its own costs. Adonis Carrier, Inc. remains as a party to this case.

SO ORDERED this 12th day of November, 2024.

*Matthew P. Brookman*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.

1